FILED ✓ / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 17 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                        Plaintiff, )
                        v. )   2:11-CR-169-ECR (CWH)
CARLOS BASS, )
                        Defendant. )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 17, 2011, defendant CARLOS BASS pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Docket #1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant CARLOS BASS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a.    A black 9 mm Springfield Firearms XD handgun, serial number XD140558; and

    b.    any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

. . .

| | |
|---|---|
| 1 | NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the |
| 2 | United States of America should seize the aforementioned property. |
| 3 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of |
| 4 | CARLOS BASS in the aforementioned property is forfeited and is vested in the United States of |
| 5 | America and shall be safely held by the United States of America until further order of the Court. |
| 6 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America |
| 7 | shall publish for at least thirty (30) consecutive days on the official internet government forfeiture |
| 8 | website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state |
| 9 | the time under the applicable statute when a petition contesting the forfeiture must be filed, and state |
| 10 | the name and contact information for the government attorney to be served with the petition, |
| 11 | pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2). |
| 12 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be |
| 13 | filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101. |
| 14 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, |
| 15 | shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the |
| 16 | following address at the time of filing: |
| 17 | Michael A. Humphreys |
|    | Assistant United States Attorney |
| 18 | Daniel D. Hollingsworth |
|    | Assistant United States Attorney |
| 19 | Lloyd D. George United States Courthouse |
|    | 333 Las Vegas Boulevard South, Suite 5000 |
| 20 | Las Vegas, Nevada 89101. |
| 21 | . . . |
| 22 | . . . |
| 23 | . . . |
| 24 | . . . |
| 25 | . . . |
| 26 | . . . |

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 | need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 | following publication of notice of seizure and intent to administratively forfeit the above-described
4 | property.

DATED this 17 day of November, 2011.

*Edward C. Reed*

UNITED STATES DISTRICT JUDGE